

# MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO

—

DAVID M. CASSIDY
OF COUNSEL

—

JOHN W. MANNING°
SENIOR COUNSEL

**WRITER'S DIRECT DIAL:**
(516) 743-9559

**WRITER'S E-MAIL:**
MSAVOIARDO@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

KELLY M. ZIC
ANNE P. EDELMAN
GABRIELLA CAMPIGLIA
FRANK R. MALPIGLI□
RICHARD B. EPSTEIN
FRANK C. LANZO
ABRAHAM WARMBRAND
DEREK M. ZISSER*
DEBORA J. DILLON°
KEVIN DONNELLY°*
TUERÉ RODRIGUEZ
JACKLYN MACIAS°□
MELISSA TSYNMAN
JUSTIN GOLDBERG+
DIANE C. PETILLO

*ALSO ADMITTED IN NEW JERSEY
◊ALSO ADMITTED IN CALIFORNIA
□ALSO ADMITTED IN FLORIDA
* RESIDENT IN WESTCHESTER

May 15, 2018

**Via ECF**
Magistrate Judge Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, NY 11722

       Re:    Renee Harris-Thompson v. Riverhead Charter School, et al.
             Docket No.:   14-cv-5340-JMA-AYS

Dear Judge Shields:

    We represent the Defendant RCS Charter School Board of Trustees in the above matter. We write to advise the Court that the parties have reached a settlement and to request that the Court adjourn the pre-motion conference *sine die* and grant the parties thirty days to file a stipulation of discontinuance.

    We thank the Court for its attention to this matter.

          Respectfully submitted,
          **MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

          Maurizio Savoiardo

cc:  Harriet Gilliam, Esq. (Via ECF)